IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| In the Matter of the Search of<br><br>A 1990 4-door White Pontiac Grand Am VIN#1G2NE54UXLC219427 located at the Blackfeet Law Enforcement Service Center, located in Browning, Montana within the exterior boundaries of the Blackfeet Indian Reservation | MJ 20-06-GF-JTJ<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and

//

//

//

service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 24th day of January, 2020.

_____
Hon. John T. Johnston
United States Magistrate Judge